UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                              :

O.F.C.,                              :

             Petitioner,         :

                              :

     -v-                           :

                              :

JUDITH ALMODOVAR, et al.,        :

                              :

            Respondents.     :

                              :

-----------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:**_12/22/2025__

25-cv-9816 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

        The Court will hear oral argument on the petition for a writ of habeas corpus on January 5, 2026, at 10:00 AM in Courtroom 15C in the 500 Pearl Street Courthouse, New York, NY 10007.  By tomorrow, December 23, 2025, Petitioner's counsel shall file a letter with the Court indicating whether Petitioner wishes to be present in person for the argument.

        SO ORDERED.

Dated: December 22, 2025
        New York, New York

                                                        LEWIS J. LIMAN
                                      United States District Judge