```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
O.F.C.,                                                          :
                                                                 :
                            Petitioner,                          :
                                                                 :           25-cv-9816 (LJL)
            -v-                                                  :
                                                                 :           ORDER
JUDITH ALMODOVAR, et al.,                                        :
                                                                 :
                            Respondents.                         :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    The Court issued an oral ruling on the Petition for a Writ of Habeas Corpus during oral argument today, January 5, 2026. As the Court indicated on the record, and for the reasons to be provided in a written opinion to follow:

    The Petition is conditionally GRANTED. Petitioner is hereby ordered released unless within seven days—that is, by January 12, 2026—the Government holds a bond hearing before an immigration judge at which the Government bears the burden of establishing by clear and convincing evidence that Petitioner is either a danger to the community or a flight risk based on changed circumstances since his previous release on bond. In making such a determination and in setting any bond amount, the immigration judge must consider both alternatives to detention and Petitioner's ability to pay.

    To avoid the relief in this Order becoming illusory, the Government is enjoined from exercising an automatic stay should the immigration judge determine that release on bond is appropriate. The Government is further enjoined from invoking 8 U.S.C. § 1225 as a basis for Petitioner's detention before the immigration judge or as grounds for an appeal to the Board of

Immigration Appeals.  The Court additionally finds that the Government has waived reliance on Section 1225 as a basis for detaining Petitioner given its failure to brief the issue at any length and its invocation instead of arguments made in briefing in a different case—briefing to which Petitioner's counsel does not have access.

The Court retains jurisdiction over this matter to ensure compliance with its Order and, should it determine that its Order has not been complied with, also retains jurisdiction to grant Petitioner the full relief he has sought (i.e., release).  The Government is ordered to provide to the Court a transcript of any hearing that takes place before an immigration judge within one week of such hearing.

SO ORDERED.

Dated: January 5, 2026
       New York, New York

_____
                          LEWIS J. LIMAN
                          United States District Judge