USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 10/05/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

O.F.C.,

Petitioner,

-v-

JUDITH ALMODOVAR, et al.,

Respondents.

---------------------------------------------------------------------X

25-cv-9816 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Pending before the Court is Petitioner's motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act, 5 U.S.C. § 504, 28 U.S.C. § 2412. *See* Dkt. No. 23. The motion turns at least to some extent on the legal issue decided by the Second Circuit in *Barbosa da Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026), as to which the Supreme Court has granted certiorari. *See Rhoney v. Barbosa da Cunha*, No. 26-104, 2026 WL 2942994, at *1 (U.S. Oct. 1, 2026). A decision in that case is expected before the end of the 2026–2027 Term.

Accordingly, from the perspective of judicial economy, the Court stays this case pending a ruling by the Supreme Court in *Rhoney v. Barbosa da Cunha*, without prejudice to the right of any party to move to vacate the stay. The parties are directed to jointly submit a letter within two (2) weeks of the Supreme Court's ruling identifying the issues, if any, that remain in this case.

SO ORDERED.

Dated: October 5, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge